```
      IN THE UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF ARKANSAS
             HOT SPRINGS DIVISION
```

**SHANNON LEWIS**                                                    **PLAINTIFF**

**v.                          Case No. 08-6022**

**OFFICERS TADD DUNN, SHAWN MCKINNEY,
AND TYLER BAKER, individually and
in their official capacities as
Deputy Sheriffs for the Garland
County Sheriff's Office**                                            **DEFENDANTS**

### O R D E R

Now on this 19th day of February 2009, comes on for consideration Defendants' Motion for Continuance (Doc. 29). Plaintiff has no objection to the motion.

The Court notes that it recently granted Plaintiff leave to amend his complaint to assert claims against Defendants previously identified as John Doe defendants. Accordingly, for good cause shown, IT IS ORDERED that Defendants' motion is well taken and should be GRANTED. This matter is removed from the March 2, 2009, trial docket and is reset for a jury trial beginning **Wednesday, June 10, 2009 AT 9:00 A.M.** Should any additional discovery be needed it shall be completed by March 27, 2009, and the dispositive motion deadline is extended to April 6, 2009. Defendants' request for attorney's fees and costs is DENIED.

IT IS SO ORDERED this 19th day of February 2009.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge

**AO72A
(Rev. 8/82)**

**AO72A**
**(Rev. 8/82)**